**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

| | |
|---|---|
| JAMES STAFFORD<br>ADC #143660 | PLAINTIFF |
| v. | 3:20-cv-00202-JM-JJV |
| STATE OF ARKANSAS, *et al*. | DEFENDANTS |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith

SO ORDERED this 3rd day of September 2020.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE